**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:08-CV-599-FDW-DCK**

| | |
|---|---|
| **KENNETH PAGE,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| **v.** | ) |
| | )   **ORDER** |
| **US AIRWAYS, INC.,** | ) |
| | ) |
|        **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Submit Documents Under Seal" (Document No. 26) filed on August 13, 2009 by US Airways, Inc. ("Defendant"). The Defendant indicates that it attempted to confer with counsel for Plaintiff, but was not able to reach opposing counsel to obtain consent. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the record, the undersigned will **grant** the request to submit documents under seal.

Local Civil Rule 6.1(C) provides that a motion to seal shall provide "a non-confidential description of the material sought to be sealed" and "a statement as to why sealing is necessary and why there are no alternatives to filing under seal." Defendant asks to submit documents under seal in support of its motion for summary judgment. Defendant indicates that the documents to be sealed include confidential medical records of the Plaintiff and US Airways employees. Defendant indicates that sealing is necessary to protect the privacy interests of its employees and the Plaintiff in those medical records. Moreover, the documents are subject to the Consent Protective Order (Document No. 19) entered by this Court on August 3, 2009.

**IT IS, THEREFORE, ORDERED** that the "Motion to Submit Documents Under Seal" (Document No. 26) is **GRANTED**.

**IT IS SO ORDERED**.

Signed: September 30, 2009

David C. Keesler
United States Magistrate Judge