# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:08-cv-00599-W

| | |
|---|---|
| KENNETH PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | |
| US AIRWAYS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that a hearing on Defendant's Motion for Summary Judgment (Doc. No. 27) will take place before the undersigned United States District Judge, to be held at **4:00 p.m.** on **Monday, November 30, 2009**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per party.

Signed: October 20, 2009

Frank D. Whitney
United States District Judge